UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH LOBILLO, CARLOS OJEDA and           JUDGMENT
CHRISTOPHER SINGLETON,           15-CV- 3581 (JBW)

          Plaintiffs,

-against-

UNITED HOOD CLEANING CORP.,

          Defendant.
------------------------------------------------------------X

        Defendant United Hood Cleaning Corp. having offered Plaintiffs Kenneth Lobillo, Carlos Ojeda, and Christopher Singleton to take a judgment against it in the sum of Twenty Thousand ($20,000.00) Dollars to be allocated as follows: Four Thousand Three Hundred Forty-Three ($4,343.00) Dollars to Kenneth Lobillo, Four Thousand Three Hundred Forty-Three ($4,343.00) Dollars to Carlos Ojeda, and Four Thousand Three Hundred Forty-Three ($4,343.00) Dollars to Christopher Singleton for all damages claimed and Six Thousand Nine Hundred Seventy-One ($6,971.00) Dollars for Plaintiffs' counsel fees, expenses and costs; this shall be the total amount paid to the Plaintiffs on account of any and all liability claimed in this action, including all costs of suit and attorneys fees otherwise recoverable in this action by the Plaintiffs; it is

        ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Kenneth Lobillo and against Defendant United Hood Cleaning Corp. in the amount of Four Thousand Three Hundred Forty-Three ($4,343.00) Dollars for all damages claimed; and that it is further,

        ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68

**JUDGMENT** 15-CV- 3581 (JBW)

of the Federal Rules of Civil Procedure in favor of Plaintiff Carlos Ojeda in the amount of Four Thousand Three Hundred Forty-Three ($4,343.00) Dollars for all damages claimed; and that is further,

ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Christopher Singleton in the amount of Four Thousand Three Hundred Forty-Three ($4,343.00) Dollars for all damages claimed; and that it is further,

ORDERED and ADJUDGED that Plaintiffs' counsel is awarded Six Thousand Nine Hundred Seventy-One $6,971.00) Dollars for Plaintiffs' counsel fees, expenses and costs.

| | |
|---|---|
| Dated: Brooklyn, New York<br>December 21, 2015 | Douglas C. Palmer<br>Clerk of Court |
| | by:   */s/ Janet Hamilton*<br>         Deputy Clerk |